IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TOMEKA SHAUNTAE WILLIS o/b/o D.F.W., a minor, | * |
| | * |
| Plaintiff, | Case No. 5:17-CV-27-CHW |
| v. | * |
| NANCY A BERRYHILL, Acting Commissioner of Social Security, | * |
| | * |
| Defendant. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 20, 2018, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 20th day of March, 2018.

.

David W. Bunt, Clerk

s/ Amy N. Stapleton, Deputy Clerk